UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JONES,<br><br>   Plaintiff,<br><br>   v.<br><br>RONALD GONZALVO, et al.,<br><br>   Defendants. | No. 2:17-cv-2556-EFB P<br><br>ORDER |

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1). The certificate portion of the affidavit has been completed by a jail official, but plaintiff's trust account statement is not attached.

Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.

/////

/////

Accordingly, plaintiff has 30 days from the date this order is served to submit the required trust account statement. Failure to comply with this order may result in dismissal of this case.

So ordered.

Dated: December 11, 2017.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE